THE BOROUGH OF BOGOTA, PETITIONER-PETITIONER, v. BREWSTER EQUIPMENT COMPANY, *ET AL.*, RESPOND-ENTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 586.

*Mr. Walter H. Jones* and *Mr. Frederick L. Bernstein* for the petitioner.

*Messrs. Hannoch, Weisman, Myers, Stern & Besser* and *Mr. Charles Rodgers* for the respondents.

September 14, 1964.

GERALD WISNIEWSKI, PLAINTIFF-PETITIONER, v. CITY OF ENGLEWOOD AND ROYAL GLOBE INSURANCE COM-PANY, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Joseph J. Talafous* and *Mr. Aaron Gordon* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* for the respondents.